**Opinion issued July 6, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00860-CV

———————————

**KARINTHA WILLIAMS, Appellant**

**V.**

**INTOWN SUITES, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1160440**

---

## MEMORANDUM OPINION

Appellant, Karintha Williams, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.